UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BDR SONATA EAST L.L.C., a Washington limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>DISH WIRELESS L.L.C., a Colorado limited liability company<br><br>    Defendant. | Case No. **2:26-cv-574**<br><br>(Formerly Case No. 26-2-02810-9 SEA in the Superior Court of Washington for King County)<br><br>**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS IN ANOTHER JURISDICTION** |

Pursuant to Local Civil Rule 3(h), Defendant DISH Wireless L.L.C. ("Defendant") identifies the following actions as related to the one at issue:

1. *American Towers L.L.C. v. DISH Wireless L.L.C.*, No. 1:25-cv-3311 (D. Colo. Oct. 20, 2025), United States District Court for the District of Colorado;

2. *Aircomm of Avon, L.L.C. v. DISH Wireless L.L.C.*, No. 1:25-cv-3756 (D. Colo. Nov. 20,

---

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS IN ANOTHER JURISDICTION**
Case No. 2:26-cv-574

Preg O'Donnell & Gillett PLLC
401 Union Street, Suite 1900
Seattle, WA 98101-2668
Telephone: (206) 287-1775

2025), United States District Court for the District of Colorado;

3. *Zayo Group, L.L.C. v. DISH Wireless L.L.C.*, 2025CV34300 (Colo. Dist. Ct. Nov. 26, 2025), District Court, City and County of Denver, State of Colorado;

4. *Seidner Properties LP v. DISH Wireless L.L.C.*, 8:26-cv-00082 (C.D. Cal. Jan. 9, 2026), United States District Court for the Central District of California, Southern Division;

5. *Sabre Industries, Inc. v. DISH Wireless Leasing L.L.C.*, 1:26-cv-00209 (S.D.N.Y. Jan. 9, 2026), United States District Court for the Southern District of New York;

6. *Diamond Towers II LLC et al. v. DISH Wireless L.L.C.*, No. 2026CV30222 (Colo. Dist. Ct. Jan. 19, 2026), District Court, City and County of Denver, State of Colorado;

7. *DataVerge L.L.C. v. DISH Wireless L.L.C.*, No. 503203/2026 (N.Y. Sup. Ct. Jan 28, 2026), Supreme Court of New York, Kings County;

8. *Harmoni Towers Infrastructure L.L.C. v. DISH Wireless L.L.C.*, No. 2026CV30349 (Colo. Dist. Ct. Jan. 29, 2026), District Court, City and County of Denver, State of Colorado;

9. *Royal Group Plaza, L.L.C. v. DISH Wireless L.L.C.*, 2:26-cv-01092 (C.D. Cal. Feb. 3, 2026), United States District Court for the Central District of California, Western Division;

10. *SBA Telecommunications, LLC et al. v. DISH Wireless L.L.C.*, 1:26-cv-00218 (W.D.N.Y. Feb. 5, 2026), United States District Court for the Western District of New York; and

11. *Branch Towers III, LLC et al. v. DISH Wireless L.L.C.*, 26-cv-30478 (Colo. Dist. Ct. Feb. 02, 2026), District Court, City and County of Denver, State of Colorado.

Each of the foregoing actions involves claims against Defendant arising from the Federal Communications Commission's ("FCC") unprecedented and unforeseeable actions with respect to

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS IN ANOTHER JURISDICTION**
Case No. 2:26-cv-574

Preg O'Donnell & Gillett PLLC
401 Union Street, Suite 1900
Seattle, WA 98101-2668
Telephone: (206) 287-1775

certain wireless spectrum licenses. The present case is in its early stages. However, based on Defendant's initial review and understanding of the facts and allegations, this case involves substantially similar claims arising out of the same operative facts as each of the foregoing matters. Subject to further consideration, it appears that transfer of these related actions pursuant to the Multi District Litigation procedures set forth in 28 U.S.C. Section 1407 for coordinated or consolidated proceedings before a single court may be warranted. Centralization may promote the just and efficient conduct of this litigation by preventing inconsistent resolution of common factual and legal issues, eliminating duplicative discovery, and conserving judicial resources. Defendant's investigation of the allegations is ongoing, and Defendant reserves the right to amend this notice as appropriate.

Other than the above-described matters, Defendant is not aware of any other matters currently pending in any jurisdiction that:

- (a) involve all or a material part of the same subject matter; and
- (b) all or substantially the same parties as the present action.

DATED this 18th day of February, 2026.

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS IN ANOTHER JURISDICTION**
Case No. 2:26-cv-574

Preg O'Donnell & Gillett PLLC
401 Union Street, Suite 1900
Seattle, WA 98101-2668
Telephone: (206) 287-1775

By:  /s/Gregory Latendresse
Gregory S. Latendresse, WSBA # 32787
Preg O'Donnell & Gillett PLLC
401 Union Street, Suite 1900
Seattle, WA 98101-2668
(206) 287-1775
glatendresse@pregodonnell.com

OF COUNSEL:

Glenn M. Kurtz (*pro hac vice forthcoming*)
Joshua D. Weedman (*pro hac vice forthcoming*)
Robert E. Tiedemann (*pro hac vice forthcoming*)
Camille M. Shepherd (*pro hac vice forthcoming*)
White & Case LLP
1221 Avenue of the Americas
New York, N.Y. 10020-1095
(212) 819-8200
gkurtz@whitecase.com
jweedman@whitecase.com
rtiedemann@whitecase.com
camille.shepherd@whitecase.com

*Counsel for Defendant DISH Wireless L.L.C.*

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS IN ANOTHER JURISDICTION**
Case No. 2:26-cv-574

Preg O'Donnell & Gillett PLLC
401 Union Street, Suite 1900
Seattle, WA 98101-2668
Telephone: (206) 287-1775

# CERTIFICATE OF SERVICE

1

2    I certify that on this 18th day of February 2026, I caused to be served upon the below

3    named counsel of record, at the address stated below, via the method of service indicated, a true

4    and correct copy of the foregoing document.

| | |
|---|---|
| Claire Taylor, Esq.<br>Stokes Lawrence, P.S.,<br>1420 Fifth Ave, Suite 3000,<br>Seattle, WA 98101-2393,<br>Phone: (206) 626-6000<br>Fax: (206) 464-1496<br>Email: claire.taylor@stokeslaw.com | ___  Via Hand Delivery<br>___  Via U.S. Mail, 1st Class, Postage Prepaid<br>___  Via Overnight Delivery<br>___  Via Facsimile<br>_X_  Via Email<br>___  Via ECF<br>___  Other |

*Attorney for Plaintiff*

**I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

EXECUTED at Seattle, WA, on February 18, 2026.

*/s/Jeanne Perrin*                            .
Jeanne Perrin, Legal Assistant

Preg O'Donnell & Gillett PLLC
401 Union Street, Suite 1900
Seattle, WA 98101-2668
Telephone: (206) 287-1775