UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BDR SONATA EAST LLC, | CASE NO. C26-574-KKE |
| Plaintiff(s), | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| v. | |
| DISH WIRELESS LLC, | |
| Defendant(s). | |

Pursuant to the parties' stipulation (Dkt. No. 15), Plaintiff's motion for voluntary dismissal (Dkt. No. 12) is GRANTED. This case is DISMISSED without prejudice. Each party shall bear its own costs.

Dated this 5th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1